HOLMAN HARVEY, Appellant, *v.* BELL SYNDICATE, INC., Respondent.

Argued January 16, 1939; decided February 21, 1939.

*Lowell M. Birrell* and *Charles A. Van Patten* for appellant.
*Arthur Moynihan* and *William R. Covington* for respondent.

Judgment affirmed, with costs; no opinion. (See 280 N. Y. 689.)

Concur: O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: CRANE, Ch. J., LEHMAN and FINCH, JJ.